1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

9

10  AARON OSBURN,                      ) Case No.: 5:21-cv-02068-AS
                                       )
11              Plaintiff,             ) {PROPOSED} ORDER AWARDING
                                       ) EQUAL ACCESS TO JUSTICE ACT
12       vs.                           ) ATTORNEY FEES AND EXPENSES
                                       ) PURSUANT TO 28 U.S.C. § 2412(d)
13  KILOLO KIJAKAZI,                   ) AND COSTS PURSUANT TO 28
    Acting Commissioner of Social      ) U.S.C. § 1920
14  Security,                          )
                                       )
15              Defendant              )
                                       )
16  _____)

17          Based upon the parties' Stipulation for the Award and Payment of Equal

18  Access to Justice Act Fees, Costs, and Expenses:

19          IT IS ORDERED that fees and expenses in the amount of **$3,600.00** as

20  authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920,

21  be awarded subject to the terms of the Stipulation.

22  DATE:  August 22, 2022

23                              _____/ s / Sagar_____
                                THE HONORABLE ALKA SAGAR
24                              UNITED STATES MAGISTRATE JUDGE

25

26